JTW: 09.20.19
LNM: USAO 2019R00621

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 SEP 24  PM
U.S. OFFICE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
AT BALTIMORE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** - | * | |
| | * | **CRIMINAL NO.** CCB-19-0455 |
| **v.** | * | |
| | * | |
| **DELONTE WHEELER,** | * | **(Possession of a Firearm by** |
| | * | **a Prohibited Person, 18 U.S.C.** |
| **Defendant** | * | **§ 922(g)(1); Forfeiture, 18 U.S.C.** |
| | * | **§ 924(d), 28 U.S.C. § 2461(c))** |
| | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about April 30, 2019, in the District of Maryland, the defendant,

### DELONTE WHEELER,

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, that is, a Taurus Millennium Pro 9mm

semiautomatic handgun, serial #TYJ40645, and twelve rounds of Winchester 9mm caliber Luger

cartridges, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

**FORFEITURE**

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**DELONTE WHEELER,**

shall forfeit to the United States the firearm and ammunition involved in the commission of the offense: the Taurus Millennium Pro 9mm semiautomatic handgun, serial #TYJ40645, and twelve rounds of Winchester 9mm caliber Lugar cartridges.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

SEP 24, 2017

Date

2